IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JOHNNY M. STAFFORD | § | |
| v. | § | CIVIL ACTION NO. 6:18cv505 |
| MAXEY CERLIANO, ET AL. | § | |

## **ORDER OF DISMISSAL**

The above-entitled and numbered application for a writ of habeas corpus was referred to United States Magistrate Judge John D. Love. The Report and Recommendation of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections were filed. The court concludes that the findings and conclusions of the Magistrate Judge are correct and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that the above-styled application for a writ of habeas corpus is **DISMISSED** without prejudice. The Petitioner is **DENIED** a certificate of appealability *sua sponte*. All motions not previously ruled upon are **DENIED**.

**SIGNED this the 27th day of March, 2019.**

*Richard A. Schell*
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE